```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 26449
   FRED LEWIS ROYSTER
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
           Debtor
   SSN XXX-XX-8219

------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
   The case was filed on 10/02/2008 and was not confirmed.

   The case was dismissed without confirmation 10/30/2008.
------------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT     INTEREST     PRINCIPAL
                                                            PAID         PAID
------------------------------------------------------------------------------
INTERNAL REVENUE SERVICE  PRIORITY        NOT FILED          .00          .00
DEPARTMENT OF REVENUE     UNSECURED         5420.00          .00          .00
DEPT OF REVENUE           NOTICE ONLY     NOT FILED          .00          .00
COMMONWEALTH EDISON       UNSECURED       NOT FILED          .00          .00
PEOPLES GAS LIGHT & COKE  UNSECURED          490.63          .00          .00
ILLINOIS DEPT OF REVENUE  UNSECURED       NOT FILED          .00          .00
PRO SE DEBTOR             DEBTOR ATTY          .00                        .00
TOM VAUGHN                TRUSTEE                                         .00
DEBTOR REFUND             REFUND                                          .00

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                    .00

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                          .00
ADMINISTRATIVE                                     .00
TRUSTEE COMPENSATION                               .00
DEBTOR REFUND                                      .00
                      --------------       --------------
TOTALS                     .00                     .00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 01/27/09          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```